```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
PORTER W. SWEDE,
                      Plaintiff,                    04-CV-6591

           v.                                       ORDER
ROCHESTER CARPENTERS PENSION
FUND and CHRISTINA LUCCI, as
Administrative Manager,

                      Defendants.
_____
```

By letter dated June 13, 2005, plaintiff, Porter W. Swede ("plaintiff"), requests leave from the Court to reply to defendants' opposition to plaintiff's motion for summary judgment. In the interest of justice, plaintiff's request is granted, and he shall have until June 21, 2005 to submit to the Court a reply brief. Accordingly, plaintiff's motion for summary judgment will be considered complete and submitted without oral argument on July 6, 2005.

ALL OF THE ABOVE IS SO ORDERED.

                                        S/ Michael A. Telesca
                                        _____
                                           MICHAEL A. TELESCA
                                        United States District Judge

Dated:    Rochester, New York
          June 14, 2005